**Opinion issued March 12, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00112-CV

———————————

## IN RE OHK GLOBAL, INC., OBAID UDDIN, JANOOB, INC., SAAHEL, INC., AND EMROOZ, INC., Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, OHK Global, Inc., Obaid Uddin, Janoob, Inc., Saahel, Inc., and Emrooz, Inc., have filed a petition for writ of mandamus, complaining of the trial court's failure to rule on their motion to dismiss.[1]

---

[1] The underlying case is *Zeba, L.L.C. and Jamshid, Inc. v. OHK Global, Inc., Obaid Uddin, Janoob, Inc., Saahel, Inc., and Emrooz, Inc.*, cause number 2020-03493, pending in the 80th District Court of Harris County, Texas, the Honorable Larry Weiman presiding.

Relators have not established their entitlement to mandamus relief. Accordingly, the Court denies the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.